718 A.2d 297

**In the Matter of Leonard Charles GUZZINO, III.**

**No. 462 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 15, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of October, 1998, the Petition to Temporarily Suspend an Attorney is granted and, pursuant to

Rule 214, Pa.R.D.E., Leonard Charles Guzzino, III, is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.